CARMELA MARTINI and Another, as Coadministrators, etc., of RALPH MARTINI, Deceased, Respondents, v. EIGHTH AVENUE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

KATHERINE MADDEN, Respondent, v. LINDLEY M. GARRISON, as Receiver of the NEW YORK CONSOLIDATED RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ANTHONY J. VON WRYCZA, Respondent, v. HORATIO SMITH, Trading under the Firm Name and Style of WAREHOUSE TRUCKING COMPANY, Appellant.— Judgment and order reversed and a new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,114.26, in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ELLA GIESE, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.

WILLIAM GIESE, Respondent, v. SHEFFIELD FARMS COMPANY, INC., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.

In the Matter of Arbitration of CALIFORNIA ALMOND GROWERS EXCHANGE, Respondent, and JACOB A. KIRSCH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ABRAHAM ROSENFELD, Appellant, v. GEORGE MICROUTSICOS and Another, Copartners, etc., Respondents, Impleaded with Others.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

ANNIE DOUGLASS, Respondent, v. ANTOINETTE C. WORRALL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

MARGARET MORRISON, Appellant, v. JAMES MORRISON, Respondent. (Action No. 1.) — Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

MARGARET MORRISON, Appellant, v. JAMES MORRISON, Respondent. (Action No. 2.) — Order affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

LAWRENCE L. GILLESPIE and Others, Copartners, etc., Appellants, v. AMERICAN CINEMA CORPORATION, Respondent.— Judgment reversed and new trial ordered, with costs to appellants to abide the event, upon the ground of the absence of proper findings by the trial court. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

LAWRENCE L. GILLESPIE and Others, Copartners, etc., Appellants, v. AMERICAN CINEMA CORPORATION, Respondent.— Appeal dismissed, without costs. No opinion. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.

E. GREENFIELD'S SONS, INC., Appellant, v. GREGOR MACGREGOR FRAME and Another, Copartners, etc., Respondents.— Judgment affirmed, with costs. No